**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-563-CMS |
| | ) | |
| C.O. II KENNETH PAINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to transfer the case and applications to proceed without prepaying costs or fees. ECF Nos. 2, 4 and 7. After considering the application and financial information provided, the Court will grant the application and assess an initial partial filing fee of $6.00. The motion to transfer the case will be denied.

**Initial Partial Filing Fee**

Pursuant to 28 U.S.C. § 1915(b)(1), a prisoner bringing a civil action *in forma pauperis* is required to pay the full amount of the filing fee. If the prisoner has insufficient funds in his prison account to pay the entire fee, the Court must assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of (1) the average monthly deposits in the prisoner's account, or (2) the average monthly balance in the prisoner's account for the prior six-month period. After payment of the initial partial filing fee, the prisoner is required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. 28 U.S.C. § 1915(b)(2). The agency having custody of the prisoner will forward these monthly payments to the Clerk of Court each time the amount in the prisoner's account exceeds $10.00, until the filing fee is fully paid. *Id.*

Plaintiff is a state court prisoner currently being held at Boonville Correctional Center in Boonville, Missouri. ECF No. 9. In support of his motion to proceed without prepaying fees and costs, Plaintiff submitted a prison account statement showing average monthly deposits of $30 and an average monthly balance of $28.90 over the six-month period prior to case initiation. ECF No. 4. The Court finds that Plaintiff has insufficient funds in his prison account to pay the entire fee and will therefore assess an initial partial filing fee of $6, which is twenty percent of Plaintiff's average monthly deposits. *See* 28 U.S.C. § 1915(b)(1).

**Motion to Transfer Case**

Plaintiff asks to transfer this case to Judge Clark, believing that a technical error has occurred. ECF No. 2. On July 8, 2025, Plaintiff filed a case alleging he was assaulted by prison officials during a search in 2023. *See Gordon v. Glore*, No. 4:25-CV-01012-SRC (E.D. Mo.). In the instant case, Plaintiff complains that he fell off a metal bunk bed in 2024. ECF No. 1. Plaintiff believes a technical error has occurred and both cases should be considered as one before Judge Clark. Because Plaintiff complains about what appear to be two separate incidents in the two lawsuits, the cases were correctly filed separately. Plaintiff's request to transfer this case will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application to proceed without prepaying costs or fees (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must pay an initial partial filing fee of $6.00 within **thirty (30) days** of the date of this order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his

prison registration number; (3) the case number; and (4) the statement that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that Plaintiff's amended application to proceed without prepaying costs or fees (ECF No. 7) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's motion to transfer (ECF No. 2) is **DENIED** without prejudice.

Dated this 14th day of August, 2026.



CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE